DAVE BONNER v. THE STATE.

No. 9018.   Delivered December 3, 1924.

No motion for rehearing filed.

**Possession of a Still—No Record.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Austin County. Tried below before the Hon. M. C. Jeffrey, Judge.

Appeal from a conviction for the unlawful possession of a still for the purpose of manufacturing intoxicating liquor; penalty one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for the unlawful possession of a still for the purpose of manufacturing intoxicating

liquor, and his punishment was assessed at one year in the penitentiary.

No bills of exception appear in the record and no statement of facts accompanies the same.

. In this condition nothing is brought forward for review, and the judgment is ordered affirmed.

*Affirmed.*